IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM F. EDENFIELD,**

    **Plaintiff,**

v.                                                              Case No. 4:23-cv-129-AW-MAF

**SCOTT D. MILLER,**

    **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

William Edenfield, a state inmate proceeding pro se, sued his public defender, whom he contends performed inadequately. As the magistrate judge explains in his August 7, 2023 report and recommendation, ECF No. 17, Edenfield has not stated a claim. Having considered the report and recommendation, and having considered de novo the issues in Edenfield's objections (ECF No. 19), I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed for failure to state a claim." All pending motions are denied as moot. The clerk will close the file.

    SO ORDERED on October 10, 2023.

                                          s/ *Allen Winsor*
                                          United States District Judge